IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5:03-MJ-04-16 (CWH) |
| FRANCIS P. ORTWEIN, | ORDER |
| Defendant | |

Upon the motion of the government, and for the reasons stated in the Government's motion, IT IS HEREBY ORDERED that the information filed against FRANCIS P. ORTWEIN be, and it is, dismissed.

SO ORDERED AND DIRECTED, this 27th day of June, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE